861 A.2d 256

**Edison D. McCLELLAN, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Oct. 5, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 5th day of October, 2004, probable jurisdiction is noted and the order appealed is affirmed.